# UNITED STATES DISTRICT COURT

Eastern District of California

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| V. | |
| CHRISTOPHER GUDE | Case No. 2:20-mj-00068-KJN |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Eastern District of California | 2:18-cr-00664-JS | 2:20-mj-00068-KJN | Eastern District of NY |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

__X__ Indictment    ____ Information    ____ Complaint    ____ Other (Explain)

**charging a violation of**    18    **U.S.C.**    1959(a)(1)

**DISTRICT OF OFFENSE**   Eastern District of New York

**DESCRIPTION OF CHARGES:**
Murder

**CURRENT BOND STATUS:**
____ Bail fixed at $_____ and conditions were not met
____ Government moved for detention and defendant detained after hearing in District of Arrest
____ Government moved for detention and defendant detained pending detention hearing in District of Offense
____ Other (specify)

**Representation**    ____Retained Own Counsel    _X_ Federal Defender Organization    ____CJA Attorney    ____None

**Interpreter Required?**    ____ No    ____ Yes    Language:_____

**DISTRICT OF**  CALIFORNIA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| 4/16/2020 | /s/ Kendall J. Newman |
|---|---|
| Date | United States Magistrate Judge |

**RETURN**

**This commitment was received and executed as follows:**

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |