UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**April 16, 2020**

Eastern District of New York
225 Cadman Plaza E
Brooklyn, NY 11201

**RE:** USA vs. CHRISTOPHER GUDE
**USDC No.:** 2:20–MJ–00068–KJN

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated April 16, 2020 , transmitted herewith are the following documents:

**Electronic Documents: 1 to 5**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

Thank you,

/s/ **R. Becknal**
Deputy Clerk

DATE RECEIVED:

RECEIVED BY:
*(Print Name)*

NEW CASE NUMBER: